**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  04-cr-00007-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RUSSELL CLAYTON CREMEANS,

        Defendant.

_____

**ORDER**
_____

        Defendant moves for an order to modify his fine.

        In this Court's May 20, 2004 Judgment and Commitment Order, Defendant was ordered to make restitution to the victims of his crimes in the amount of $110,733.00.  Defendant was ordered to pay restitution while on supervised release in the amount of $150.00 per month.  It appears that the relief sought by the Defendant is to make clear that the $150.00 per month restitution amount is to be paid while on supervised release and not while serving his sentence with the Bureau of Prisons.  In consideration of the Defendant's indigent status and ability to pay,

        IT IS ORDERED that this Court's May 20, 2004 Judgment and Commitment Order (Sentence) is hereby clarified that the restitution payment of $150.00 per month is to commence upon Defendant's release from the custody of the Federal Bureau of Prisons.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED:  May 11, 2007